FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MARISELA MENDOZA,<br><br>                Defendant. | No.   4:18-CR-6008-EFS-5<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE** |

Before the Court, without oral argument, is Defendant Marisela Mendoza's Unopposed Motion to Modify Pretrial Release Conditions, ECF No. 199. As part of her current pretrial conditions, Special Condition #9 requires Defendant to be "restricted to her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing, or mental health treatment." ECF No. 174. Defendant has filed an unopposed motion to modify this condition to impose a curfew between the hours of 11:00 p.m. and 6:00 a.m. only. *See* ECF No. 199. The Court finds good cause to grant the motion and modifies Defendant's pretrial condition.

/

**IT IS HEREBY ORDERED:**

1. Defendant's Unopposed Motion to Modify Pretrial Release Conditions, **ECF No. 199,** is **GRANTED.**

2. **Special Condition 9** of Defendant's pretrial release conditions **SHALL BE MODIFIED** to read: "Defendant shall be restricted to her residence between the hours of 11:00 p.m. and 6:00 a.m., except for verifiable medical emergencies."

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to counsel for Defendant.

**DATED** this  20th   day of November 2018.

                     s/Edward F. Shea
                     EDWARD F. SHEA
                     Senior United States District Judge

C:\Users\LISA_H~1\AppData\Local\Temp\notes952E43\18-CR-6008-5;Mendoza.Grant Modification.LC01.docx

Order— Page **2** of **2**