≈ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 01, 2019**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Mendoza, Marisela | Docket No. | 0980 4:18CR06008-005 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Marisela Mendoza, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Edward F. Shea sitting in the court at Richland, Washington, on the 23rd day of July 2019, under the following conditions:

**Special Condition No. 3:** No contact with codefendants or potential witnesses, including her husband Braulio Jiminez. If Defendant wishes to communicate with Braulio Jimenez regarding a medical emergency or any other urgent matter that directly concerns their shared children, she must first obtain permission by the United States Probation/Pretrial Services Office as to the time and manner of such communication.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1:** On or about December 16, 2018, through, or after February 27, 2019, Marisela Mendoza is considered in violation of the conditions of her release by knowingly communicating with Braulio Jiminez via telephone without having requested or received permission from the probation officer.

On July 25 and 31, 2018, a probation officer reviewed release conditions with Ms. Mendoza and the defendant signed a copy of the order indicating that she fully understood the release conditions and received a copy of them.

On February 19, 2019, the probation officer was contacted by a Task Force Officer (TFO) of the Eastern Washington Violent Gang Safe Streets Task Force and advised that Ms. Mendoza was communicating with her husband, Braulio Jiminez, via telephone. On February 19 and 28, 2019; and March 1, 2019, the probation officer received copies of 17 recordings of Mr. Jiminez, an inmate at the Benton County Jail, communicating with Marisela Mendoza. These recordings date from December 16, 2018, to February 27, 2019. The recordings document Ms. Mendoza's communication, both through other people and directly to Mr. Jiminez, on phone calls initiated by Mr. Jiminez on the Benton County Jail's inmate telephone system. Some of the telephonic conversations are regarding the couple's children; however, several of the conversations are directly regarding case related matters and Ms. Mendoza's pretrial supervision. Ms. Mendoza has neither sought nor received permission from the probation office to communicate with Braulio Jiminez.

On February 28, 2019, Ms. Mendoza was confronted about the recordings by this officer. Initially, the defendant denied having any communication with her husband, but after a portion of a recording of her speaking to Mr. Jiminez about case related material was played to Ms. Mendoza, she admitted to having communication with Mr. Jiminez. The defendant claimed that she last spoke with her husband on February 23, 2019; however, on March 1, 2019, the probation officer received copies of two February 27, 2019, telephone conversations between Mr. Jiminez and Ms. Mendoza with her mother, Aurora Mendoza, acting as intermediary, discussing the defendant's pending meeting with the probation officer.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

PS-8
**Re: Mendoza, Marisela**
**March 1, 2019**
**Page 2**

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: March 1, 2019 |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

March 1, 2019
Date