✎ PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.      Mendoza, Marisela      Docket No.      0980 4:18CR06008-005

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Marisela Mendoza, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Edward F. Shea sitting in the court at Richland, Washington, on the 23rd day of July 2018 under the following conditions:

**Special Condition No. 9:** Defendant shall be restricted to her residence between the hours of 11 p.m. and 6 a.m., except for verifiable medical emergencies.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1:** On September 28, 2019, from 11 p.m. through September 29, 2019, to 12:16 a.m., Marisela Mendoza failed to remain at her residence.

On July 25 and 31, 2019, a probation officer reviewed the conditions of release with the defendant. Ms. Mendoza signed a copy of the conditions indicating that she fully understood the conditions and was provided a copy of them. On November 20, 2019, the Court, at the defendant's request, modified the home confinement condition from home detention to a curfew from 11 p.m. to 6 a.m.

On September 29, 2019, while reviewing the defendant's activity and GPS mapping through the location monitoring contractor's website, a probation officer observed that Ms. Mendoza had repeatedly left her residence from September 28, 2019, from 11:00 p.m., until September 29, 2019, at 12:16 a.m.

On September 30, 2019, Ms. Mendoza was interviewed by the probation officer. The defendant admitted that she had returned from a date around 11 p.m. and sat in the car, which was parked on the street in front of her home, talking with her date for a couple of hours. Ms. Mendoza admitted that she did not enter her residence or go onto the residential property as required.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:    October 7, 2019 |
| by | s/Curtis G. Hare |
|   | Curtis G. Hare<br>U.S. Pretrial Services Officer |

PS-8
Re: **Mendoza, Marisela**
**October 7, 2019**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

October 22, 2019
Date